**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ALABAMA

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **CHC Partners Management, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **FDBA  Urgent Care for Children** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-4259347** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **3121 Blue Lake Dr.** <br> **Birmingham, AL 35243** <br> Number, Street, City, State & ZIP Code <br><br> **Jefferson** <br> County | **Mailing address, if different from principal place of business** <br><br> **PO Box 660433** <br> **Birmingham, AL 35266-0433** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Case 23-03230-TOM7    Doc 1    Filed 11/29/23    Entered 11/29/23 16:21:29    Desc Main
Document    Page 1 of 56

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    6211

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million         ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 29, 2023**
                    MM / DD / YYYY

X  **/s/ Rich McRoberts, Director of CHC Partners Holdings, Inc.**                **Rich McRoberts, Director of CHC Partners Holdings, Inc.**
Signature of authorized representative of debtor                Printed name

Title    **Member**

**18. Signature of attorney**

X  **/s/ Steven D. Altmann**                Date  **November 29, 2023**
Signature of attorney for debtor                                MM / DD / YYYY

**Steven D. Altmann**
Printed name

**Altmann Law Firm, LLC**
Firm name

**Nomberg Law Firm**
**3940 Montclair Rd, Ste 401**
**Birmingham, AL 35213**
Number, Street, City, State & ZIP Code

Contact phone  **(205) 930-6900**    Email address  **steve@nomberglaw.com**

**ASB-8146-A62S AL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **CHC Partners Management, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    _____

☐ Check if this is an
   amended filing

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 29, 2023**         X **/s/ Rich McRoberts, Director of CHC Partners Holdings, Inc.**
                                                 Signature of individual signing on behalf of debtor

                                              **Rich McRoberts, Director of CHC Partners Holdings, Inc.**
                                              Printed name

                                              **Member**
                                              Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: |
| --- |

Debtor name   **CHC Partners Management, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ALABAMA

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..............................................................................................    $     **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..........................................................................    $     **38,869.48**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*............................................................................    $     **38,869.48**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **1,378,656.30**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $     **1,539.94**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **5,482,553.87**

4.   **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b            $     **6,862,750.11**

**Fill in this information to identify the case:**

Debtor name   **CHC Partners Management, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ALABAMA

Case number *(if known)*

☐ Check if this is an
amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Renasant Bank** | **Checking** | **3188** | **$6,108.49** |
| 3.2. | **Regions Bank account - UC4C, PLLC** | **Checking** | **8819** | **$1,260.99** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$7,369.48** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

| 11b. Over 90 days old: | **779,402.24** | - | **779,402.24** | =.... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **$0.00** |

**Part 4:      Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Inventory of bandages and other medical supplies related to pediatric care, etc. in Montgomery, Opelika, Vestavia, Knoxville, Hixon, Colliersville, New Orleans** | **unknown** | **$0.00** | **Liquidation** | **$15,000.00** |

23. **Total of Part 5.**
    Add lines 19 through 22.  Copy the total to line 84.

| **$15,000.00** |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Debtor **CHC Partners Management, LLC**  Case number *(If known)* _____
        Name

☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">**Part 7:**</td><td>**Office furniture, fixtures, and equipment; and collectibles**</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** medical office furniture in Vestavia, AL, Opelika, AL, New Orleans, LA and Hixson, TN locations | $0.00 | Liquidation | $15,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** 10 pcs and laptops | $0.00 | Liquidation | $1,500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.    | $16,500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td style="background:black;color:white">**Part 8:**</td><td>**Machinery, equipment, and vehicles**</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">**Part 9:**</td><td>**Real property**</td></tr>
</table>

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">**Part 10:**</td><td>**Intangibles and intellectual property**</td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Case 23-03230-TOM7    Doc 1    Filed 11/29/23    Entered 11/29/23 16:21:29    Desc Main
Document      Page 11 of 56

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,369.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $16,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $38,869.48   + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $38,869.48 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Renesant Bank**<br>Creditor's Name<br><br>**c/o Kevin Deaton**<br>**145 Reinhardt College Pkwy**<br>**Canton, GA 30114**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**10/2019**<br>Last 4 digits of account number **0781**<br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**medical office furniture and laptops in Vestavia, AL, Opelika, AL, New Orleans, LA and Hixson, TN locations and all Inventory and A/R**<br><br>Describe the lien<br>**Blanket Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $462,719.20 | $15,000.00 |
| **2.2** **Renesant Bank**<br>Creditor's Name<br><br>**c/o Kevin Deaton**<br>**145 Reinhardt College Pkwy**<br>**Canton, GA 30114**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**1/2023**<br>Last 4 digits of account number **0783** | Describe debtor's property that is subject to a lien<br>**Over 90 days old: Revenue from 12 closed clinics and all remaining assets of the Debtor**<br><br>Describe the lien<br>**Blanket Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $915,937.10 | Unknown |

Case 23-03230-TOM7    Doc 1    Filed 11/29/23    Entered 11/29/23 16:21:29    Desc Main
Document        Page 13 of 56

Debtor   **CHC Partners Management, LLC**          Case number (if known) _____
_____
       Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,378,656.3** **0** |
|---|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Matthew M. Cahill, Esq.** **Baker Donelson** **1901 Sixth Ave. N., Ste 2400** **Birmingham, AL 35203** | Line _**2.1**_ | |
| **Matthew M. Cahill, Esq.** **Baker Donelson** **1901 Sixth Ave. N., Ste 2400** **Birmingham, AL 35203** | Line _**2.2**_ | |

Fill in this information to identify the case:

Debtor name **CHC Partners Management, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,092.98 | $1,092.98 |

**2.1** Priority creditor's name and mailing address

**Alabama Department of Revenue
Business Privilege Tax Section
P.O. Box 327431
Montgomery, AL 36132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**business privilege taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Total claim **$1,092.98**   Priority amount **$1,092.98**

**2.2** Priority creditor's name and mailing address

**Mississippi Dept of Revenue
PO Box 23192
Jackson, MS 39225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Total claim **$331.50**   Priority amount **$331.50**

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.46 | $115.46 |
|---|---|---|---|---|

2.3  Priority creditor's name and mailing address

**Tennessee Dept of Revenue**
**500 Deaderick St.**
**Nashville, TN 37242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

                                                            $115.46    $115.46

Date or dates debt was incurred
**2023**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,817.02 |
|---|---|---|---|

3.1  Nonpriority creditor's name and mailing address

**153 Partners, LLC**
**412 Georgia Avenue**
**Chattanooga, TN 37403**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Lease agreement**

Is the claim subject to offset?  ☑ No  ☐ Yes

                                                                         $18,817.02

| 3.2 | Nonpriority creditor's name and mailing address | | $15,442.52 |
|---|---|---|---|

3.2  Nonpriority creditor's name and mailing address

**1st Credentialing**
**PO Box 679005**
**Dallas, TX 75267**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  **2395**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bill**

Is the claim subject to offset?  ☑ No  ☐ Yes

                                                                         $15,442.52

| 3.3 | Nonpriority creditor's name and mailing address | | $752,786.00 |
|---|---|---|---|

3.3  Nonpriority creditor's name and mailing address

**2122 Gunbarrell, LLC**
**c/o Morgan Holding Capital Corp**
**Two Overhill Road, Ste 400**
**Scarsdale, NY 10583**

Date(s) debt was incurred  **5/2021**
Last 4 digits of account number  **D72,LLC**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Lease assignment**

Is the claim subject to offset?  ☑ No  ☐ Yes

                                                                         $752,786.00

| 3.4 | Nonpriority creditor's name and mailing address | | $13,640.93 |
|---|---|---|---|

3.4  Nonpriority creditor's name and mailing address

**520 Montgomery Hwy, LLC**
**1616 2nd Avenue S.**
**Birmingham, AL 35233**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **lease agreement**

Is the claim subject to offset?  ☑ No  ☐ Yes

                                                                         $13,640.93

| 3.5 | Nonpriority creditor's name and mailing address | | $216.00 |
|---|---|---|---|

3.5  Nonpriority creditor's name and mailing address

**Ace Services of Alabama, Inc.**
**PO Box 70574**
**Tuscaloosa, AL 35407**

Date(s) debt was incurred  **4/2023**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **open account**

Is the claim subject to offset?  ☑ No  ☐ Yes

                                                                         $216.00

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$760.00** |

**Adams Heating & Cooling**
3415 Hargrove Road
Tuscaloosa, AL 35405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2023**

Basis for the claim:  **open account**

Last 4 digits of account number  **1741**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,093.36** |

**Airgas USA, LLC**
PO Box 734671
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/23-7/23**

Basis for the claim:  **open account**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |

**Alabama Constituion Village Foundation**
404 Madison Street
Huntsville, AL 35801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/23**

Basis for the claim:  **Bill**

Last 4 digits of account number  **2700**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$239,190.00** |

**Allury Arora**
412 Vesclub Place
Birmingham, AL 35216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Loan to Company**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$193,280.00** |

**Amrik Walia**
4605 Round Forest Drive
Birmingham, AL 35213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Loan to Company**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$207.19** |

**Ann's All Around Town Catering**
2 Chase Corporate Center
Birmingham, AL 35244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2023**

Basis for the claim:  **open account**

Last 4 digits of account number  **2301**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$92.00** |

**Aqua Systems of Alabama**
2134 Pelham Pkwy
Pelham, AL 35124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2023**

Basis for the claim:  **lease agreement**

Last 4 digits of account number  **5944**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |

**3.13**

Nonpriority creditor's name and mailing address
**Auburn Opelika Moms**
**918 Northgate Drive**
**Opelika, AL 36801**

Date(s) debt was incurred  **1/2023**

Last 4 digits of account number  **1093**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bill**

Is the claim subject to offset? ■ No ☐ Yes

$2,400.00

---

**3.14**

Nonpriority creditor's name and mailing address
**Aviation Leasing, LLC**
**9545 Harding Ave**
**Miami Beach, FL 33154**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Company**

Is the claim subject to offset? ■ No ☐ Yes

$3,568.00

---

**3.15**

Nonpriority creditor's name and mailing address
**Blaising Fire & Water, Inc.**
**3025 Wilson Street**
**Pelham, AL 35124**

Date(s) debt was incurred  **4/23-5/23**

Last 4 digits of account number  **5163**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **open account**

Is the claim subject to offset? ■ No ☐ Yes

$838.70

---

**3.16**

Nonpriority creditor's name and mailing address
**Bradley Arant Boult Cummings**
**PO Box 830709**
**Birmingham, AL 35283**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **legal services**

Is the claim subject to offset? ■ No ☐ Yes

$37,435.92

---

**3.17**

Nonpriority creditor's name and mailing address
**Chase Corner, LLC**
**c/o Aronov Realty Mgmt**
**PO Box 235000**
**Montgomery, AL 36123**

Date(s) debt was incurred  **9/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **lease agreement**

Is the claim subject to offset? ■ No ☐ Yes

$22,175.85

---

**3.18**

Nonpriority creditor's name and mailing address
**CHP Dosimetry**
**Lynda Marcoux**
**PO Box 4126**
**Oak Ridge, TN 37831**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **2233**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **open account**

Is the claim subject to offset? ■ No ☐ Yes

$81.65

---

**3.19**

Nonpriority creditor's name and mailing address
**CLIA Laboratory Program**
**PO Box 3056**
**Portland, OR 97208**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **open account**

Is the claim subject to offset? ■ No ☐ Yes

$720.00

| Debtor | CHC Partners Management, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,391.14**

CNA Warranty Services
6325 Ardrey Kell Rd, Ste 200
Charlotte, NC 28277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Services__

Last 4 digits of account number __5460__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$712.30**

Conditioned Air Solutions
200 Dan Tibbs Rd
Huntsville, AL 35806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __open account__

Last 4 digits of account number __2169__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,489.60**

Coverall of Chattanooga
6101 Enterprise Park Dr., Ste 500
Chattanooga, TN 37416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __open account__

Last 4 digits of account number __1061__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,187.39**

Coverall of Eastern Tennessee
6400 Baum Drive
Knoxville, TN 37919

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __open account__

Last 4 digits of account number __2241__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$614.00**

CT Corporation
1209 Oprange St
Wilmington, DE 19801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __services__

Last 4 digits of account number __7900__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,698.17**

Daphne Jubilee
11203 Proverbs Ave
Baton Rouge, LA 70816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June and July 2023__

**Basis for the claim:** __rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,049.26**

DIG, LLC
7150 Cahaba Valley Rd, Ste 101
Birmingham, AL 35242

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __9/2022__

**Basis for the claim:** __lease agreement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,488.50 |

**DIVVY**
6220 America Center Dr.
Alviso, CA 95002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **open account**

Last 4 digits of account number  **8457**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,631.87 |

**Dynamic Quest**
PO Box 896758
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-23**

Basis for the claim:  **open account**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,773.38 |

**Eds America, LLC**
1031 Gaps Brock Pkwy, Ste 177
Birmingham, AL 35244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/23**

Basis for the claim:  **rent**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,362.87 |

**Environmental Biological Services**
4350 1st Avenue South
Birmingham, AL 35222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,473.99 |

**Executive Square #2, LLC**
PO Box 157
Harvey, LA 70059

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/24/2021**

Basis for the claim:  **lease agreement**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,922.10 |

**Experity Teleradiology**
PO Box 3466
Omaha, NE 68103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-2023**

Basis for the claim:  **services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**Family Resource Group**
11831 Wentling Ave
Baton Rouge, LA 70816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **bill**

Last 4 digits of account number  **818R**

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Fox Pest Control**
**PO Box 41491**
**Baton Rouge, LA 70835**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Fulcrum Strategies**
**2664 Timber Drive, Ste 406**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Bill_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,397.30** |
|---|---|---|---|

**Germantown Plaza, GP**
**c/o Cohen Realty**
**6750 Poplar Ave., Ste 107**
**Memphis, TN 38138**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _6/1/2021_

**Basis for the claim:** _lease agreement_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,650.72** |
|---|---|---|---|

**Great American Financial Services**
**PO Box 660381**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$575.00** |
|---|---|---|---|

**Guin Service**
**10 55th Street S.**
**Birmingham, AL 35212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$360.46** |
|---|---|---|---|

**Gulf Coast Containers, LLC**
**PO Box 7278**
**Mobile, AL 36670**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _open account_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,540.61** |
|---|---|---|---|

**Health First**
**11629 49th Street**
**Mukilteo, WA 98275**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Bill_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **CHC Partners Management, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.41**

**Nonpriority creditor's name and mailing address**

**HF Acquisition Co.**
**Dept CH 14330**
**Palatine, IL 60055**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Bill**__

Is the claim subject to offset? ■ No ☐ Yes

**$1,792.04**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Hybrent, Inc.**
**626C Admiral Drive, #231**
**Annapolis, MD 21401**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number __**0385**__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Bill**__

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Impact Employee Solutions**
**2701 E. Thomas Rd, Ste G**
**Phoenix, AZ 85016**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Bill**__

Is the claim subject to offset? ■ No ☐ Yes

**$3,795.96**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**isolved, Inc.**
**PO Box 889**
**Coldwater, MI 49036**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Bill**__

Is the claim subject to offset? ■ No ☐ Yes

**$736.40**

---

**3.45**

**Nonpriority creditor's name and mailing address**

**Jackson Services**
**1411 Whitesville St**
**Lagrange, GA 30240**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Service**__

Is the claim subject to offset? ■ No ☐ Yes

**$239.75**

---

**3.46**

**Nonpriority creditor's name and mailing address**

**Janet Buskey**
**PO Box 4720**
**Montgomery, AL 36103**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number __**5277**__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**services**__

Is the claim subject to offset? ■ No ☐ Yes

**$674.41**

---

**3.47**

**Nonpriority creditor's name and mailing address**

**Jani King of Baton Rouge**
**300 NE I-55 Service Rd**
**Ponchatoula, LA 70454**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Service**__

Is the claim subject to offset? ■ No ☐ Yes

**$3,192.00**

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,292.00 |
|---|---|---|---|

**Jani King of Birmingham**
**2469 Sunset Point Rd**
**Clearwater, FL 33765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **services**

Last 4 digits of account number  **0468**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,552.50 |
|---|---|---|---|

**Jani King of Memphis**
**5560 Franklin Pike Cir., Ste 100**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **service**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,715.50 |
|---|---|---|---|

**Jani King of Mobile**
**300 NE I-55 Service Rd**
**Ponchatoula, LA 70454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **services**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Jani King of Montgomery**
**300 NE I-55 Service Rd**
**Ponchatoula, LA 70454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,258.50 |
|---|---|---|---|

**Jani King of New Orleans**
**300 NE I-55 Service Rd**
**Ponchatoula, LA 70454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **service**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,431.48 |
|---|---|---|---|

**Jani King of North Shore**
**300 NE I-55 Service Rd**
**Ponchatoula, LA 70454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **service**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,634.28 |
|---|---|---|---|

**JH Berry & Gilbert**
**3125 Independence Dr.**
**Birmingham, AL 35209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **rent**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,108.00 |
|---|---|---|---|

**Joseph T. Price**
3464 Westbury Rd
Birmingham, AL 35223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

Basis for the claim:  __Loan to Company__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,472.00 |
|---|---|---|---|

**Kendall Properties, LLC**
PO Box 19007
Huntsville, AL 35804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

Basis for the claim:  __rent__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,500.00 |
|---|---|---|---|

**Kirstan Cecil**
406 Pixie Drive
Millersville, MD 21108

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred  __11/7/2022__

Basis for the claim:  __severance from employment agreement__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**Knoxville Moms**
11124 Kingston Pike
Knoxville, TN 37934

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/23__

Basis for the claim: __

Last 4 digits of account number  __1699__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,993.33 |
|---|---|---|---|

**Lalli Technology Group**
PO Box 130808
Birmingham, AL 35213

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

Basis for the claim:  __Open Account__

Last 4 digits of account number  __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**Lamar Companies**
PO Box 96030
Baton Rouge, LA 70896

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

Basis for the claim:  __Bill__

Last 4 digits of account number  __0365__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525.75 |
|---|---|---|---|

**Landscape Workshop**
201 N. Tryon Street, Ste 2450
Charlotte, NC 28202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

Basis for the claim:  __open account__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |

**Law Office of Adam Morel, PC**
**PO Box 190250**
**Birmingham, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **legal services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,667.21 |

**LBX Ridgeway, LLC**
**5955 Poplar Avenue**
**Memphis, TN 38119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **rent**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |

**Legacy Compounding**
**2422h Danville Rd**
**Decatur, AL 35603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **bill**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,991.35 |

**Legacy Healthcare Solutions**
**3995 Cottage Hill Rd**
**Mobile, AL 36609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-23**

Basis for the claim:  **open account**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**Mainstreet Cleveland**
**PO Box 304**
**Cleveland, TN 37364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **bill**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353.72 |

**McAbee Construction**
**PO Drawer 1460**
**Tuscaloosa, AL 35403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Bill**

Last 4 digits of account number  **6324**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $213,060.12 |

**McKesson Medical Surgical**
**PO Box 660266**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-23**

Basis for the claim:  **Open Account**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,159,798.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**3.69**

**Nonpriority creditor's name and mailing address**
**McKinney Capital, LLC**
**One Metroplex Dr., Ste 260**
**Birmingham, AL 35209**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan to Company__

Is the claim subject to offset? ■ No ☐ Yes

$1,159,798.00

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Medline Industries, Inc.**
**9101 Riverside Pkwy**
**Lithia Springs, GA 30122**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Bills__

Is the claim subject to offset? ■ No ☐ Yes

$12,707.86

---

**3.71**

**Nonpriority creditor's name and mailing address**
**Mitt Mehta**
**4010 Martha Avenue**
**Sachse, TX 75048**

Date(s) debt was incurred __3/7/2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Stay bonus agreement__

Is the claim subject to offset? ■ No ☐ Yes

$170,000.00

---

**3.72**

**Nonpriority creditor's name and mailing address**
**Morgan Holding**
**2 Overhill Road, Ste 400**
**Scarsdale, NY 10583**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __rent__

Is the claim subject to offset? ■ No ☐ Yes

$26,003.50

---

**3.73**

**Nonpriority creditor's name and mailing address**
**Motion Medical, Inc.**
**2148 Pelham Pkwy, Bldg 600**
**Pelham, AL 35124**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Bill__

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

**3.74**

**Nonpriority creditor's name and mailing address**
**MXR Imaging, Inc.**
**4909 Murphy Canyon Rd**
**San Diego, CA 92123**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Bills__

Is the claim subject to offset? ■ No ☐ Yes

$5,514.15

---

**3.75**

**Nonpriority creditor's name and mailing address**
**New Orleans Moms**
**PO Box 725**
**Mandeville, LA 70470**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Bill__

Is the claim subject to offset? ■ No ☐ Yes

$4,800.00

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,489.11 |
|---|---|---|---|

**Pavillion of Turkey Creek**
PO Box 745492
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,133.60 |
|---|---|---|---|

**Pinebrook Investment**
3964 Airport Blvd
Mobile, AL 36608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.57 |
|---|---|---|---|

**Proficient RX**
3607 Old Conejo Rd
Newbury Park, CA 91320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,228.00 |
|---|---|---|---|

**Purvi Shah**
7118 Lake Run Circle
Birmingham, AL 35242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Loan to Company**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,999.87 |
|---|---|---|---|

**Quest Diagnostics**
PO Box 677960
Slidell, TX 76267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **Bills**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,507.68 |
|---|---|---|---|

**RBJ Bailey Plaza, LLC**
200 Westside Square, Ste 205
Huntsville, AL 35801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,200.00 |
|---|---|---|---|

**Reagan Outdoor Advertising**
PO Box 958631
Saint Louis, MO 63195

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **open account - billboard advertising**

Last 4 digits of account number **9952**

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,546.56 |
|---|---|---|---|

**Robert Young Company**
**PO Box 415000**
**Nashville, TN 37241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __open account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

**Rocket City Mom Media Group**
**6275 Universtity Dr. NW**
**Huntsville, AL 35806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Bill__

Last 4 digits of account number __2194__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302.00 |
|---|---|---|---|

**Rocket City Window Cleaning**
**3316 Arch Street Place**
**Madison, AL 35758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Bill__

Last 4 digits of account number __58__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,392.72 |
|---|---|---|---|

**Rocket Maids, Inc.**
**4072 Sullivan Street**
**Madison, AL 35758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Bill__

Last 4 digits of account number __1589__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293,954.00 |
|---|---|---|---|

**Seema Walia**
**1025 Soniat Street**
**New Orleans, LA 70115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Loan to Company__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,017.00 |
|---|---|---|---|

**Smalls Contracting**
**5508 Bennett Place**
**Birmingham, AL 35235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Bill__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.00 |
|---|---|---|---|

**Social Magazines Media, Inc.**
**1081 Fox Sparrow Loop**
**Madisonville, LA 70447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Bill__

Last 4 digits of account number __1148__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,500.00 |

**3.90** Nonpriority creditor's name and mailing address
**Solv Health**
**1423 Broadway, Ste 213**
**Oakland, CA 94612**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  **4447**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bill**

Is the claim subject to offset? ■ No ☐ Yes

**$25,500.00**

---

**3.91** Nonpriority creditor's name and mailing address
**Sonali Shah**
**3342 Panorama Brook Dr.**
**Birmingham, AL 35216**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Company**

Is the claim subject to offset? ■ No ☐ Yes

**$44,135.00**

---

**3.92** Nonpriority creditor's name and mailing address
**Specialized Oxygen Services**
**1008 Executive Dr., Ste 102**
**Hixson, TN 37343**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bill**

Is the claim subject to offset? ■ No ☐ Yes

**$251.38**

---

**3.93** Nonpriority creditor's name and mailing address
**Stericycle/Shred-it**
**P.O. Box 6575**
**Carol Stream, IL 60197**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **open account**

Is the claim subject to offset? ■ No ☐ Yes

**$4,589.16**

---

**3.94** Nonpriority creditor's name and mailing address
**TA Cox Trust - City Center**
**c/o TSCG**
**300 Galleria Pkwy, 12th FL**
**Atlanta, GA 30339**

Date(s) debt was incurred  **8/10/2020**
Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **lease agreement - rent**

Is the claim subject to offset? ☐ No ☐ Yes

**$40,553.71**

---

**3.95** Nonpriority creditor's name and mailing address
**Tchefuncte Farms**
**2895 US Hwy 190**
**Mandeville, LA 70471**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **rent**

Is the claim subject to offset? ■ No ☐ Yes

**$10,360.00**

---

**3.96** Nonpriority creditor's name and mailing address
**The Arc of Central Alabama**
**5813 Walnut Grove Rd**
**Birmingham, AL 35215**

Date(s) debt was incurred  **5/2023**
Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **bill**

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

Debtor **CHC Partners Management, LLC** _____ Case number *(if known)* _____

Name

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,600.00** |
|---|---|---|---|

**Thomson Printing**
**601 N. Kings Hwy**
**Saint Charles, MO 63301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **open account**

Last 4 digits of account number \_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,159,798.00** |
|---|---|---|---|

**Timberline Holdings III, LLC**
**3800 Colonnade Pkwy, Ste 430**
**Birmingham, AL 35243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Loan to Company**

Last 4 digits of account number \_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,100.42** |
|---|---|---|---|

**TKG Tiger Town, LLC**
**211 North Stadium Blvd, Ste 201**
**Columbia, MO 65203**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/30/2021**

**Basis for the claim:**  **lease agreement**

Last 4 digits of account number \_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,811.04** |
|---|---|---|---|

**Tower Alabama Investments**
**PO Box 20183**
**Tuscaloosa, AL 35402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Rent**

Last 4 digits of account number \_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$493.54** |
|---|---|---|---|

**Town of Collierville**
**500 Poplar View Pkwy**
**Collierville, TN 38017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Utilities**

Last 4 digits of account number \_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,310.98** |
|---|---|---|---|

**TPP Siegen, LLC**
**c/o Trigate Capital / Paul Sharp**
**1717 Main Street, Ste 2600**
**Dallas, TX 75201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **8/5/2021**

**Basis for the claim:**  **Lease Agreement - rent**

Last 4 digits of account number \_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$103.00** |
|---|---|---|---|

**Tuscaloosa Locksmith**
**1605 23rd Avenue**
**Tuscaloosa, AL 35401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **bill**

Last 4 digits of account number  **2560**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,194.50 |
|---|---|---|---|

**VCL Janitorial Services**
**5511 Bonnett Place**
**Birmingham, AL 35235**

Date(s) debt was incurred __2023__
Last 4 digits of account number __1OF2__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146.49 |
|---|---|---|---|

**Vector Security**
**PO Box 89462**
**Cleveland, OH 44101**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Service__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,935.00 |
|---|---|---|---|

**Warren Averett, LLC**
**2500 Acton Rd**
**Birmingham, AL 35243**

Date(s) debt was incurred __2022-23__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __accounting services__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Waynes**
**2 Riverchase Ridge**
**Birmingham, AL 35244**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Bill__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,176.93 |
|---|---|---|---|

**Weatherby Locums, Inc.**
**PO Box 972633**
**Dallas, TX 75397**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Bills__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Westmed Disposal, Inc.**
**27 Industrial Park Dr.**
**Woodstock, AL 35188**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Bills__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,820.00 |
|---|---|---|---|

**Willcam, Inc.**
**200 Cahaba Park Cir., Ste 121**
**Birmingham, AL 35242**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Bills__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | CHC Partners Management, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $574.00 |
|---|---|---|---|

**Wolters Kluwer**
**28 Liberty Street**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __6__

Basis for the claim: __open account__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Robert Pinstein**<br>**Bourland Heflin Alvarez Minor & Mathews**<br>**5400 Poplar Ave., Ste 100**<br>**Memphis, TN 38119** | Line __3.94__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **TA Cox Trust**<br>**c/o City Center**<br>**3060 Devonshire Way**<br>**Germantown, TN 38129** | Line __3.94__<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 1,539.94 |
| 5b. Total claims from Part 2 | 5b. + | $ 5,482,553.87 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 5,484,093.81 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 520 Montgomery Hwy, Vestavia Hills, AL 35216** | |
| | State the term remaining | | **520 Montgomery Hwy, LLC**<br>**1616 2nd Avenue S.**<br>**Birmingham, AL 35233** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Water Cooler System lease at 12 locations** | |
| | State the term remaining | **12/2026** | **Aqua Systems AL**<br>**2134-A Pelham Pkwy**<br>**Pelham, AL 35124** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1470 Taylor Road, Montgomery, AL 36117** | |
| | State the term remaining | | **Chase Corner, LLC**<br>**c/o Aronov Realty Mgmt**<br>**PO Box 235000**<br>**Montgomery, AL 36123** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 3121 Blue Lake Drive, Stes 101 and 103, Vestavia Hills, AL 35243** | |
| | State the term remaining | | **DIG, LLC**<br>**7150 Cahaba Valley Rd, Ste 101**<br>**Birmingham, AL 35242** |
| | List the contract number of any government contract | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of 4907 Prytania Street, New Orleans, LA 70115**

State the term remaining

List the contract number of any government contract

**Executive Square #2, LLC
PO Box 157
Harvey, LA 70059**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of 1645 N. Germantown Pkwy, Cordova, TN 38016**

State the term remaining

List the contract number of any government contract

**Germantown Plaza, GP
c/o Cohen Realty
6750 Poplar Ave., Ste 107
Memphis, TN 38138**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Copier leases at 13 locations**

State the term remaining — **12/2026**

List the contract number of any government contract

**RJ Young Co.
PO Box 40623
Nashville, TN 37204**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of 604 West Poplar Ave, Collierville, TN 38017**

State the term remaining

List the contract number of any government contract

**TA Cox Trust - City Center
c/o TSCG
300 Galleria Pkwy, 12th FL
Atlanta, GA 30339**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of 2564 Enterprise Dr, Opelika, AL 36801 - Tiger Town East shopping center**

State the term remaining

List the contract number of any government contract

**TKG Tiger Town, LLC
211 North Stadium Blvd, Ste 201
Columbia, MO 65203**

---

Case 23-03230-TOM7   Doc 1   Filed 11/29/23   Entered 11/29/23 16:21:29   Desc Main
Document   Page 34 of 56

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 6725 Siegen Lane, Batorn Rouge, LA 70809** | |
|---|---|---|---|
| | State the term remaining | | **TPP Siegen, LLC** |
| | | | **c/o Trigate Capital / Paul Sharp** |
| | List the contract number of any government contract | _____ | **1717 Main Street, Ste 2600** |
| | | | **Dallas, TX 75201** |

Case 23-03230-TOM7    Doc 1    Filed 11/29/23    Entered 11/29/23 16:21:29    Desc Main
Document      Page 35 of 56

**Fill in this information to identify the case:**

Debtor name    **CHC Partners Management, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ALABAMA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | _____ Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | _____ Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | _____ Street _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |

Official Form 206H        Schedule H: Your Codebtors        Page 1 of 1

Fill in this information to identify the case:

Debtor name  **CHC Partners Management, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ALABAMA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $13,128,000.00 |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | $20,380,136.00 |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | $10,817,459.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **Three Arbor Insurance, Inc.** <br> **2828 Old 280 Ct., Ste 126** <br> **Birmingham, AL 35243** | 11/29/2023 | $20,407.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other   **D&O Insurance** ____ |
| 3.2.   **Renesant Bank** <br> **c/o Kevin Deaton** <br> **145 Reinhardt College Pkwy** <br> **Canton, GA 30114** | 9/19/2023 | $34,260.05 | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address <br> Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **2122 Gunbarrell, LLC** <br> **c/o Morgan Holding Capital Corp** <br> **Two Overhill Road, Ste 400** <br> **Scarsdale, NY 10583** | **Garnished bank account** | 10/12/2023 | $51,844.57 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title <br> Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **2122 Gunbarrell Road v CHC Partners Management, LLC**<br>**23-gs-6522** | **Breach of Lease** | **Circuit Court of Hamilton County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **TKG Tiger Town, LLC v. CHC Partners Management, LLC**<br>**CV 2023-900433** | **Breach of Contract/lease** | **Circuit Court of Lee County, Alabama** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Chase Corner, LLC v. CHC Partners Management, LLC**<br>**CV 2023-901594** | **Breach of Contract/lease** | **Circuit Court of Montgomery County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **520 Montgomery Hwy, LLC v. CHC Partners Management, LLC**<br>**DV 2023-906478** | **Breach of Contract/lease - unlawful detainer** | **District Court of Jefferson County Birmingham, AL 35203** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:     Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:     Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:     Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Altmann Law Firm, LLC Nomberg Law Firm 3940 Montclair Rd, Ste 401 Birmingham, AL 35213** | **Attorney Fees** | **11/2023** | **$10,000.00** |
| | Email or website address **steve@nomberglaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Children's Urgent Care Management, LLC 500 Cahaba Park Cir. Birmingham, AL 35242** | **Assets and Locations in Bill of Sale: 500 Cahaba Park Cir., Birmingham, AL 35242 6883 Highway 90, Ste 108, Daphne, AL 36526 8490 Highwy 72 W., Ste 100-110, Madison, AL 35758 3980-G Airport Blvd, Mobile, AL 35758 2785 Carl T. Jones SE, Huntsville, AL 35802 1001 Brock's Gap, Hoover, AL 35244 117 North Chalkville Rd, Trussville, AL 35173 4700 Rice Mine Road, Tuscaloosa, AL 35406** | **8/21/2023** | **$950,000.00** |
| | Relationship to debtor **None** | | | |
| 13.2. | **Capital X-Ray, Inc. PO Box 780337 Tallassee, AL 36078** | **x-ray machines (12) - money was paid directly to Renasant Bank who held a lien on the assets** | **10/2023** | **$165,000.00** |
| | Relationship to debtor **None** | | | |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | **Strogov Holdings 1359 Old Water Works Rd. SW Fort Payne, AL 35968** | **5 locations of furniture and fixtures** | **7/2023** | **$15,000.00** |
| | Relationship to debtor **none** | | | |
| 13.4. | **Michelle Theard 1000 Creek St. Mandeville, LA 70448** | **furniture and fixtures at 1 location** | **9/2023** | **$5,000.00** |
| | Relationship to debtor **former employee** | | | |

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

     **Patient information from managed clinics through software for collection on accounts**

     Does the debtor have a privacy policy about that information?
     ☐ No
     ■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

     ☐ No Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Human Interest** | EIN: **83-4259347** |

Has the plan been terminated?
☐ No
☑ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Oakworth Capital** **850 Shades Creek Pkwy** **Birmingham, AL 35209** | XXXX-6193 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2/16/2023 | $0.00 |
| 18.2. | **Oakworth Capital** **850 Shades Creek Pkwy** **Birmingham, AL 35209** | XXXX-8687 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2/16/2023 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **U-Haul Storage**<br>**3195 US 280**<br>**Birmingham, AL 35243** | **Helen Combs**<br>**Ryan MCCrory**<br>**Melissa Hudson-manager**<br>**Mathew Hartfield- Dir.**<br>**People Ops**<br>**Vivi Tucker- CRNP**<br>**Manager**<br>**Santrice Pleasant - CRNP**<br>**Manager**<br>**Allury Arora- Med Dir** | **Furniture and Equipment from closed clinics** | ■ No<br>☐ Yes |
| **Public Storage**<br>**2820 Tulane Ave**<br>**New Orleans, LA 70119** | **Helen Combs**<br>**Ryan MCCrory**<br>**Melissa Hudson-manager**<br>**Mathew Hartfield- Dir.**<br>**People Ops**<br>**Vivi Tucker- CRNP**<br>**Manager**<br>**Santrice Pleasant - CRNP**<br>**Manager**<br>**Allury Arora- Med Dir**<br>**Molly - marketing**<br>**Alex - marketing** | **Marketing Supplies** | ■ No<br>☐ Yes |
| **Public Storage**<br>**2056 Hamilton Place Blvd**<br>**Chattanooga, TN 37421** | **Helen Combs**<br>**Ryan MCCrory**<br>**Melissa Hudson-manager**<br>**Mathew Hartfield- Dir.**<br>**People Ops**<br>**Vivi Tucker- CRNP**<br>**Manager**<br>**Santrice Pleasant - CRNP**<br>**Manager**<br>**Allury Arora- Med Dir**<br>**Molly - marketing**<br>**Alex - marketing** | **Marketing Supplies** | ■ No<br>☐ Yes |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Children's Urgent Care, LLC**<br>**500 Cahaba Park Cir.**<br>**Birmingham, AL 35242** | **Health Care Services** | EIN:  **82-0925311**<br><br>From-To  **2018-present** |
| 25.2. **Urgent Care for Children, PLLC**<br>**500 Cahaba Park Cir.**<br>**Birmingham, AL 35242** | **Health Care Services** | EIN:  **85-2722364**<br><br>From-To  **2018-present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Warren Averett** | **2018-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Mitt Mheta** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Rosh Plugge** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Helen Combs** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Renasant Bank** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Amrik Walia | 4605 Round Foresst Dr. Birmingham, AL 35213 | Board Member and Shareholder of CHC Partners Holdings, Inc. | |
| Seema Walia | 1025 Soniat Street New Orleans, LA 70115 | Shareholder of CHC Partners Holdings, Inc. | |
| Sonali Shah | 3342 Panorama Brook Dr. Birmingham, AL 35216 | Shareholder of CHC Partners Holdings, Inc. | |
| Purvi Shah | 7118 Lake Run Circle Birmingham, AL 35242 | Shareholder of CHC Partners Holdings, Inc. | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Allury Arora | 412 Vesclub Place<br>Birmingham, AL 35216 | **Chief Medical Officer and Shareholder of CHC Partners Holdings, Inc.** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Aviation Leasing, LLC | 9545 Harding Ave<br>Miami Beach, FL 33154 | **Shareholder of CHC Partners Holdings, Inc.** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Josesph T. Price | 3464 Westbury Rd<br>Birmingham, AL 35223 | **Shareholder of CHC Partners Holdings, Inc.** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| McKinney Capital, LLC | One Metroplex Dr., Stee 260<br>Birmingham, AL 35209 | **Shareholder of CHC Partners Holding, Inc.** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Timberline Holdings, III, LLC | 3800 Colonnade Parkway, Ste 430<br>Birmingham, AL 35243 | **Shareholder of CHC Partners Holdings, Inc.** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| CHC Partners Holdings, Inc. | PO Box 660433<br>Birmingham, AL 35266 | **Managing Member** | **100** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Helen Combs | 3705 Wimbleton Drive<br>Birmingham, AL 35223 | **Chief Executive Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Mitt Mehta | 4010 Martha Avenue<br>Sachse, TX 75048 | **Chief Financial Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Kirstan Cecil | 406 Pixie Drive<br>Millersville, MD 21108 | **Chief Marketing Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Ryan Mcrory | 3361 Trip Run<br>Birmingham, AL 35244 | **Chief Operating Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| C. Vivek Lal | 412 Vesclub Place<br>Birmingham, AL 35216 | **Board of Director of CHC Partners Holdings, Inc.** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Rich McRoberts | 3800 Colonnade Pkwy, Ste 430<br>Birmingham, AL 35243 | **Board of Director of CHC Partners Holdings, Inc.** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel McKinney | One Metroplex Dr., Ste 260 Birmingham, AL 35209 | Board of Director of CHC Partners Holdings, Inc. | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Braxton Goodrich | 3800 Colonnade Pkwy, Ste 430 Birmingham, AL 35243 | Board of Director of CHC Partners Holdings, Inc. | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eric Essary | McKinney Capital One Metroplex Dr., Ste 260 Birmingham, AL 35209 | Board of Director of CHC Partners Holdings, Inc. | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Rosh Plugge | | Chief Financial Officer | Through 11/2022 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Allury Arora 412 Vesclub Place Birmingham, AL 35216 | $239,346.11 compensation for work performed | Within last 12 months | Compensation for her management services |
| | **Relationship to debtor** Chief Medical Officer | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

| Part 14: | Signature and Declaration |
|----------|---------------------------|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November 29, 2023**

**/s/ Rich McRoberts, Director of CHC                    Rich McRoberts, Director of CHC Partners
Partners Holdings, Inc.                                            Holdings, Inc.**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

---

# United States Bankruptcy Court
## Northern District of Alabama

In re   **CHC Partners Management, LLC**       Case No. _____
<br>                       Debtor(s)      Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **10,000.00** |
   | Prior to the filing of this statement I have received | $ **10,000.00** |
   | Balance Due | $ **0.00** |

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    □ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    □ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 29, 2023**
*Date*

**/s/ Steven D. Altmann**
**Steven D. Altmann**
*Signature of Attorney*
**Altmann Law Firm, LLC**
**Nomberg Law Firm**
**3940 Montclair Rd, Ste 401**
**Birmingham, AL 35213**
**(205) 930-6900   Fax: (205) 855-4262**
**steve@nomberglaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Alabama

In re   **CHC Partners Management, LLC**

                              Debtor(s)

Case No. _____

Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 29, 2023** _____

**/s/ Rich McRoberts, Director of CHC Partners Holdings, Inc.**

**Rich McRoberts, Director of CHC Partners Holdings, Inc.**/**Member**
Signer/Title

Renesant Bank
c/o Kevin Deaton
145 Reinhardt College Pkwy
Canton, GA 30114

Adams Heating & Cooling
3415 Hargrove Road
Tuscaloosa, AL 35405

Aviation Leasing, LLC
9545 Harding Ave
Miami Beach, FL 33154

Alabama Department of Revenue
Business Privilege Tax Section
P.O. Box 327431
Montgomery, AL 36132

Airgas USA, LLC
PO Box 734671
Dallas, TX 75373

Blaising Fire & Water, Inc.
3025 Wilson Street
Pelham, AL 35124

Mississippi Dept of Revenue
PO Box 23192
Jackson, MS 39225

Alabama Constituion Village Foundation
404 Madison Street
Huntsville, AL 35801

Bradley Arant Boult Cummings
PO Box 830709
Birmingham, AL 35283

Tennessee Dept of Revenue
500 Deaderick St.
Nashville, TN 37242

Allury Arora
412 Vesclub Place
Birmingham, AL 35216

Chase Corner, LLC
c/o Aronov Realty Mgmt
PO Box 235000
Montgomery, AL 36123

153 Partners, LLC
412 Georgia Avenue
Chattanooga, TN 37403

Amrik Walia
4605 Round Forest Drive
Birmingham, AL 35213

CHP Dosimetry
Lynda Marcoux
PO Box 4126
Oak Ridge, TN 37831

1st Credentialing
PO Box 679005
Dallas, TX 75267

Ann's All Around Town Catering
2 Chase Corporate Center
Birmingham, AL 35244

CLIA Laboratory Program
PO Box 3056
Portland, OR 97208

2122 Gunbarrel, LLC
c/o Morgan Holding Capital Corp
Two Overhill Road, Ste 400
Scarsdale, NY 10583

Aqua Systems AL
2134-A Pelham Pkwy
Pelham, AL 35124

CNA Warranty Services
6325 Ardrey Kell Rd, Ste 200
Charlotte, NC 28277

520 Montgomery Hwy, LLC
1616 2nd Avenue S.
Birmingham, AL 35233

Aqua Systems of Alabama
2134 Pelham Pkwy
Pelham, AL 35124

Conditioned Air Solutions
200 Dan Tibbs Rd
Huntsville, AL 35806

Ace Services of Alabama, Inc.
PO Box 70574
Tuscaloosa, AL 35407

Auburn Opelika Moms
918 Northgate Drive
Opelika, AL 36801

Coverall of Chattanooga
6101 Enterprise Park Dr., Ste 500
Chattanooga, TN 37416

Coverall of Eastern Tennessee
6400 Baum Drive
Knoxville, TN 37919

Experity Teleradiology
PO Box 3466
Omaha, NE 68103

HF Acquisition Co.
Dept CH 14330
Palatine, IL 60055

CT Corporation
1209 Oprange St
Wilmington, DE 19801

Family Resource Group
11831 Wentling Ave
Baton Rouge, LA 70816

Hybrent, Inc.
626C Admiral Drive, #231
Annapolis, MD 21401

Daphne Jubilee
11203 Proverbs Ave
Baton Rouge, LA 70816

Fox Pest Control
PO Box 41491
Baton Rouge, LA 70835

Impact Employee Solutions
2701 E. Thomas Rd, Ste G
Phoenix, AZ 85016

DIG, LLC
7150 Cahaba Valley Rd, Ste 101
Birmingham, AL 35242

Fulcrum Strategies
2664 Timber Drive, Ste 406
Garner, NC 27529

isolved, Inc.
PO Box 889
Coldwater, MI 49036

DIVVY
6220 America Center Dr.
Alviso, CA 95002

Germantown Plaza, GP
c/o Cohen Realty
6750 Poplar Ave., Ste 107
Memphis, TN 38138

Jackson Services
1411 Whitesville St
Lagrange, GA 30240

Dynamic Quest
PO Box 896758
Charlotte, NC 28289

Great American Financial Services
PO Box 660381
Dallas, TX 75266

Janet Buskey
PO Box 4720
Montgomery, AL 36103

Eds America, LLC
1031 Gaps Brock Pkwy, Ste 177
Birmingham, AL 35244

Guin Service
10 55th Street S.
Birmingham, AL 35212

Jani King of Baton Rouge
300 NE I-55 Service Rd
Ponchatoula, LA 70454

Environmental Biological Services
4350 1st Avenue South
Birmingham, AL 35222

Gulf Coast Containers, LLC
PO Box 7278
Mobile, AL 36670

Jani King of Birmingham
2469 Sunset Point Rd
Clearwater, FL 33765

Executive Square #2, LLC
PO Box 157
Harvey, LA 70059

Health First
11629 49th Street
Mukilteo, WA 98275

Jani King of Memphis
5560 Franklin Pike Cir., Ste 100
Brentwood, TN 37027

Jani King of Mobile
300 NE I-55 Service Rd
Ponchatoula, LA 70454

Lalli Technology Group
PO Box 130808
Birmingham, AL 35213

McKesson Medical Surgical
PO Box 660266
Dallas, TX 75266

Jani King of Montgomery
300 NE I-55 Service Rd
Ponchatoula, LA 70454

Lamar Companies
PO Box 96030
Baton Rouge, LA 70896

McKinney Capital, LLC
One Metroplex Dr., Ste 260
Birmingham, AL 35209

Jani King of New Orleans
300 NE I-55 Service Rd
Ponchatoula, LA 70454

Landscape Workshop
201 N. Tryon Street, Ste 2450
Charlotte, NC 28202

Medline Industries, Inc.
9101 Riverside Pkwy
Lithia Springs, GA 30122

Jani King of North Shore
300 NE I-55 Service Rd
Ponchatoula, LA 70454

Law Office of Adam Morel, PC
PO Box 190250
Birmingham, AL 35216

Mitt Mehta
4010 Martha Avenue
Sachse, TX 75048

JH Berry & Gilbert
3125 Independence Dr.
Birmingham, AL 35209

LBX Ridgeway, LLC
5955 Poplar Avenue
Memphis, TN 38119

Morgan Holding
2 Overhill Road, Ste 400
Scarsdale, NY 10583

Joseph T. Price
3464 Westbury Rd
Birmingham, AL 35223

Legacy Compounding
2422h Danville Rd
Decatur, AL 35603

Motion Medical, Inc.
2148 Pelham Pkwy, Bldg 600
Pelham, AL 35124

Kendall Properties, LLC
PO Box 19007
Huntsville, AL 35804

Legacy Healthcare Solutions
3995 Cottage Hill Rd
Mobile, AL 36609

MXR Imaging, Inc.
4909 Murphy Canyon Rd
San Diego, CA 92123

Kirstan Cecil
406 Pixie Drive
Millersville, MD 21108

Mainstreet Cleveland
PO Box 304
Cleveland, TN 37364

New Orleans Moms
PO Box 725
Mandeville, LA 70470

Knoxville Moms
11124 Kingston Pike
Knoxville, TN 37934

McAbee Construction
PO Drawer 1460
Tuscaloosa, AL 35403

Pavillion of Turkey Creek
PO Box 745492
Atlanta, GA 30374

Pinebrook Investment
3964 Airport Blvd
Mobile, AL 36608

Rocket City Window Cleaning
3316 Arch Street Place
Madison, AL 35758

TA Cox Trust - City Center
c/o TSCG
300 Galleria Pkwy, 12th FL
Atlanta, GA 30339

Proficient RX
3607 Old Conejo Rd
Newbury Park, CA 91320

Rocket Maids, Inc.
4072 Sullivan Street
Madison, AL 35758

Tchefuncte Farms
2895 US Hwy 190
Mandeville, LA 70471

Purvi Shah
7118 Lake Run Circle
Birmingham, AL 35242

Seema Walia
1025 Soniat Street
New Orleans, LA 70115

The Arc of Central Alabama
5813 Walnut Grove Rd
Birmingham, AL 35215

Quest Diagnostics
PO Box 677960
Slidell, TX 76267

Smalls Contracting
5508 Bennett Place
Birmingham, AL 35235

Thomson Printing
601 N. Kings Hwy
Saint Charles, MO 63301

RBJ Bailey Plaza, LLC
200 Westside Square, Ste 205
Huntsville, AL 35801

Social Magazines Media, Inc.
1081 Fox Sparrow Loop
Madisonville, LA 70447

Timberline Holdings III, LLC
3800 Colonnade Pkwy, Ste 430
Birmingham, AL 35243

Reagan Outdoor Advertising
PO Box 958631
Saint Louis, MO 63195

Solv Health
1423 Broadway, Ste 213
Oakland, CA 94612

TKG Tiger Town, LLC
211 North Stadium Blvd, Ste 201
Columbia, MO 65203

RJ Young Co.
PO Box 40623
Nashville, TN 37204

Sonali Shah
3342 Panorama Brook Dr.
Birmingham, AL 35216

Tower Alabama Investments
PO Box 20183
Tuscaloosa, AL 35402

Robert Young Company
PO Box 415000
Nashville, TN 37241

Specialized Oxygen Services
1008 Executive Dr., Ste 102
Hixson, TN 37343

Town of Collierville
500 Poplar View Pkwy
Collierville, TN 38017

Rocket City Mom Media Group
6275 Universtity Dr. NW
Huntsville, AL 35806

Stericycle/Shred-it
P.O. Box 6575
Carol Stream, IL 60197

TPP Siegen, LLC
c/o Trigate Capital / Paul Sharp
1717 Main Street, Ste 2600
Dallas, TX 75201

Tuscaloosa Locksmith
1605 23rd Avenue
Tuscaloosa, AL 35401

Matthew M. Cahill, Esq.
Baker Donelson
1901 Sixth Ave. N., Ste 2400
Birmingham, AL 35203

VCL Janitorial Services
5511 Bonnett Place
Birmingham, AL 35235

Robert Pinstein
Bourland Heflin Alvarez Minor & Mathews
5400 Poplar Ave., Ste 100
Memphis, TN 38119

Vector Security
PO Box 89462
Cleveland, OH 44101

TA Cox Trust
c/o City Center
3060 Devonshire Way
Germantown, TN 38129

Warren Averett, LLC
2500 Acton Rd
Birmingham, AL 35243

Waynes
2 Riverchase Ridge
Birmingham, AL 35244

Weatherby Locums, Inc.
PO Box 972633
Dallas, TX 75397

Westmed Disposal, Inc.
27 Industrial Park Dr.
Woodstock, AL 35188

Willcam, Inc.
200 Cahaba Park Cir., Ste 121
Birmingham, AL 35242

Wolters Kluwer
28 Liberty Street
New York, NY 10005

# United States Bankruptcy Court
## Northern District of Alabama

In re   **CHC Partners Management, LLC**          Case No. _____

                         Debtor(s)             Chapter     **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CHC Partners Management, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CHC Partners Holdings, Inc.**
**PO Box 660433**
**Birmingham, AL 35266**

**McKinney Capital, LLC**
**One Metroplex Dr., Ste 260**
**Birmingham, AL 35209**

**Timberline Holdings III, LLC**
**3800 Colonnade Pkwy**
**Suite 430**
**Birmingham, AL 35243**

☐ None [*Check if applicable*]

**November 29, 2023**
_____
Date

**/s/ Steven D. Altmann**
_____
**Steven D. Altmann**
Signature of Attorney or Litigant
Counsel for   **CHC Partners Management, LLC**
**Altmann Law Firm, LLC**
**Nomberg Law Firm**
**3940 Montclair Rd, Ste 401**
**Birmingham, AL 35213**
**(205) 930-6900 Fax:(205) 855-4262**
**steve@nomberglaw.com**